# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2025-0059
Lower Tribunal No. 2002-CF-000935

———————————————

SIMON BROWN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Highlands County.
Angela J. Cowden, Judge.

June 23, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, BROWNLEE and KAMOUTSAS, JJ., concur.


Simon Brown, Blountstown, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED